JERRY DRESS CO., INC., v. J. W. ROBINSON CO., INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS L. HYMAN and Another v. LAWRENCE DONOVAN and Others.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

435 EAST FIFTY-SEVENTH STREET REALTY CORPORATION v. NINA B. DONOVAN.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THIRD AVENUE ARCADE CORPORATION v. MORRIS SHAKHAT.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PRUDENTIAL PAPER CO., INC., v. ASHLAND PRESS, INC.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAUL STERNAL v. RUSSELL BLAINE COMPANY.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARION K. DOW v. LOUIS STEWART, JR.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEN HARDWARE CO., INC., v. ATLAS TOOL MANUFACTURING CO., INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUIGI PASCUCCI and Another v. DANGCOL CONSTRUCTION CORPORATION.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAMIE A. VAN SAUN v. METROPOLITAN LIFE INSURANCE COMPNAY.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS EICHENBAUM and Others v. TAXICAB INDEPENDENT OWNERS AUTO MUTUAL CASUALTY COMPANY, INC., Sued, etc.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL DENTAL SUPPLY COMPANY, INC., v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN ANTHONY and Others v. PHILIP S. LEWIS.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

46 WEST FIFTY-FOURTH STREET CORPORATION v. CHARLES P. BARTON, JR., and Another.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS PANSO v. SEIDERMAN & SEIDERMAN, INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HUBERT M. SCHOTT and Others v. BYRON R. FORSTER.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.